■ In the Matter of HENRY G. FURY, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.—The respondent has tendered his resignation as an attorney by affidavit dated June 20, 1988.

Upon the papers filed in support of the application and no papers having been filed in opposition thereto, it is,

Ordered that the resignation is not accepted; the respondent has been disbarred *(see, Matter of Fury,* 145 AD2d 259). Mollen, P. J., Mangano, Bracken, Brown and Sullivan, JJ., concur.